IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:06CR304-CSC |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| CARLOS A. RIOS | ) | INFORMATION |

The United States Attorney charges:

On or about the 14th October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, CARLOS A. RIOS did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Nathan T. Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 14th of October 2006, I was conducting a safety checkpoint at building 6000 when I made contact with the driver of a motor vehicle. I detected a strong odor of alcohol emitting from the driver. The driver was identified as CARLOS A. RIOS. RIOS was asked to perform three field sobriety tests, all of which he failed. RIOS was apprehended and taken to the MP Station, where he was advised of the Alabama implied consent law. RIOS was administered a breathalyzer test, which registered a .09 BAC. RIOS was then processed and released. In my opinion as a law enforcement officer, RIOS was under the influence of alcohol.

_____
FREDRICK D. SULLIVAN, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this ___13___ day of _December_ 2006.


_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006