COURTROOM DEPUTY MINUTES  DATE: MARCH 6, 2007  Time: 10:04 - 10:06
                                                                                                 10:45 - 10:47
MIDDLE DISTRICT OF ALABAMA

TAPE NO: 3053 @ 5 to 107 ; 265 @ 332

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NO. 1:06-CR-304-CSC     NAME: CARLOS A. RIOS

AUSA: CAPT. NATHAN T. GOLDEN     DEFT. ATTY: DONNIE BETHEL

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

USPO: _____

Defendant _____ does √ does NOT need an interpreter. Interpreter NAME: _____

- ☐ Kars.    Date of Arrest _____ or ☐ karsr40
- √ Kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ Kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☐    Requests appointed Counsel √ ORAL MOTION
- √ Finaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- √ Koappted    ORDER appointing Community Defender Organization
- ☐ K20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- √ karr.    ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered.
  - √ Jury Trial Set for 5/7/07    ☐ PRETRIAL CONF. DATE: _____
  - √ DISCOVERY DISCLOSURES DATE: 3/12/07
  - ☐ Request Non-Jury Trial set for _____.
  - ☐ GUILTY PLEA entered.
- √ CONSENT to Proceed before U.S. Magistrate Judge
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel.