IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr304-CSC |
| | ) | |
| CARLOS A. RIOS | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Carlos A. Rios, in the above-styled case.

Dated this 13th day of March 2007.

                      Respectfully submitted,

                      s/ Donnie W. Bethel
                      DONNIE W. BETHEL
                      Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail:don_bethel@fd.org
                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 1:06cr304-CSC |
| | ) |
| CARLOS A. RIOS | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Captain Nathan Golden, Esq., Soldier Service Center, Bldg. 5700, Office of the Staff Judge Advocate, Fort Rucker, Alabama.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49