**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:06cr304-CSC |
| ) | |
| CARLOS A. RIOS ) | |

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

**COMES NOW** the Defendant, **CARLOS A. RIOS,** through undersigned counsel, Donnie W. Bethel, and respectfully moves the Court for an Order continuing his change of plea hearing. In support of this motion, Mr. Rios would show the following:

1. Mr. Rios's change of plea hearing is now set for May 8, 2007.

2. Mr. Rios is an enlisted member of the United States Army, stationed at Ft. Rucker, Alabama. Due to serious concerns about Mr. Rios's abuse of alcohol, as well as his mental health, on May 2, 2007, Captain Angela Smoot, Mr. Rios's Commanding Officer, ordered that Mr. Rios be admitted to Twelve Oaks Alcohol and Drug Treatment Center in Navarre, Florida. Mr. Rios is an inpatient in a 28-day rehabilitation program. While admitted to Twelve Oaks, Mr. Rios will be unable to appear in court.

3. Therefore, Mr. Rios requests that his change of plea hearing now set for May 8th be postponed and set on the Court's July misdemeanor docket.

4. Special Assistant United States Attorney Nathan Golden does not oppose this motion.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be

granted.

    Dated this 3rd day of May, 2007.

                                                         Respectfully submitted,

                                                         s/ Donnie W. Bethel
                                                         DONNIE W. BETHEL
                                                         Assistant Federal Defender
                                                         201 Monroe Street, Suite 407
                                                         Montgomery, Alabama 36104
                                                         Phone: (334) 834-2099
                                                         Fax: (334) 834-0353
                                                         E-mail:don_bethel@fd.org
                                                         IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:06cr304-CSC |
| ) | |
| CARLOS A. RIOS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Captain Nathan Golden, Esq., Soldier Service Center, Bldg. 5700, Office of the Staff Judge Advocate, Fort Rucker, Alabama.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49