IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06CR304-CSC |
| | ) | |
| CARLOS A. RIOS | ) | |

**ORDER**

Now pending before the court is the defendant's motion to continue the change of plea hearing presently set for May 8, 2007. *See* Doc. # 13. Upon consideration of the motion, and for good cause, it is hereby

**ORDERED** that the motion to continue the change of plea date (doc. # 13) be and is hereby GRANTED and the defendant's change of plea hearing presently set for **May 8, 2007** at **10:00 a.m.,** Soldiers Service Center, Building 5700, Fort Rucker, Alabama, be and is hereby RESET to **10:00 a.m. on July 10, 2007,** Soldiers Service Center, Building 5700, Fort Rucker, Alabama

Done this 3rd day of May, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE