IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr304-SRW |
| | ) | |
| CARLOS A. RIOS | ) | |

## **ORDER**

For good cause, it is

ORDERED that the change of plea for defendant CARLOS A. RIOS be RESET to September 12, 2007 at 10:00 a.m., Soldier Service Center, Building 5700, Ft. Rucker, Alabama.

DONE, this 16th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE